# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

2019 ND 272

In the Interest of J.T.L.D., a Child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| J.T.L.D., Child; M.H., Mother; Sheri Rosenau, Guardian ad litem; Director, Stutsman County Social Services, | Respondents |
| and | |
| C.D., Father, | Respondent and Appellant |

No. 20190291

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Cherie L. Clark, Judge.

AFFIRMED.

Per Curiam.

Joseph Nwoga, Jamestown, N.D., for petitioner and appellee.

Laura Ringsak, Bismarck, N.D., for respondent and appellant; submitted on brief.

**Per Curiam.**

[¶1]   C.D. appeals from a juvenile court judgment terminating his parental rights. On appeal, C.D. argues that the State failed to prove by clear and convincing evidence his child would likely suffer harm in his care. The juvenile court terminated C.D.'s parental rights after finding the child was a deprived child, the conditions, and causes of the deprivation were likely to continue or will not be remedied, and the child would probably suffer emotional harm in C.D.'s care. N.D.C.C. § 27-20-44(1)(c)(1). We conclude the juvenile court's findings are supported by clear and convincing evidence, are not clearly erroneous, and support the termination of C.D's parental rights. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Gerald W. VandeWalle, C.J.
       Jon J. Jensen
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte